IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EFREM WALKER, Individually, and
DISABLED PATRIOTS OF AMERICA, INC.,
a Florida Not-For-Profit Corporation,

      Plaintiffs,

v.

RAMCO-GERSHENSON PROPERTIES TRUST,
INC, a Maryland Corporation, and RAMCO-
GERSHENSON PROPERTIES L.P, a Delaware
Limited Partnership,

      Defendants.
_____/

Case No. 2:08-cv-14442

Judge Patrick J Duggan

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 83.4: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Disabled Patriots of America, Inc., Plaintiff.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation? No.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? No.

*Counsel for Plaintiffs:*

\s\ Owen B Dunn Jr --   dated: October 27, 2008

Owen B. Dunn, Jr., Esq. (P66315)
Law Office of Owen B. Dunn, Jr.
520 Madison Ave., Suite 330
Toledo, OH 43604

(419) 241-9661 - Phone
(419) 241-9737 - Facsimile
dunnlawoffice@sbcglobal.net