UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

**DISABLED PATRIOTS OF AMERICA, INC.,**
a Florida Not-For-Profit corporation, and
**EFREM WALKER, Individually,**

    Plaintiffs,

vs.

Case No. 2:08-cv-14442
Honorable Patrick J. Duggan

**RAMCO-GERSHENSON PROPERTIES
TRUST, INC.,** a Maryland Corporation, and
**RAMCO-GERSHENSON PROPERTIES L.P.,**
a Delaware Limited Partnership,

    Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation and agreement of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case shall be and the same hereby is dismissed with prejudice in its entirety and without costs being awarded to any party.

This resolves the last pending claim and closes the case.

    **s/Patrick J. Duggan**
    **Patrick J. Duggan**
    **United States District Judge**

**Dated: May 18, 2009**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on May 18, 2009, by electronic and/or ordinary mail.**

    **s/Marilyn Orem**
    **Case Manager**

**STIPULATED AND AGREED TO BY:**

By: __/s Owen B. Dunn, Jr._____         By: __/s Bernice McReynolds_____
Owen B. Dunn, Jr. (P66315)                    Robert M. Vercruysse  (P21810)
Law Office of Owen B. Dunn Jr.                Bernice McReynolds  (P44019)
Attorney for Plaintiffs                       Attorneys for Defendants
Law Office of Owen B. Dunn Jr.                VERCRUYSSE MURRAY & CALZONE
520 Madison Avenue, Suite 330                 31780 Telegraph Road, Suite 200
Toledo, OH  43604                             Bingham Farms, MI  48025
(419) 241-9661                                (248) 540-8019
dunnlawoffice@sbcglobal.net                   Rvercruysse@vmclaw.com
                                              Bmcreynolds@vmclaw.com


Date:  May 12, 2009_____           Date:  May 15, 2009_____

2